E-FILED
Wednesday, 24 March, 2010 03:46:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ELIZABETH M MARTIN,**
      **Plaintiff,**

      vs.      Case Number: **10-2001**

**CARLE CLINIC ASSOCIATION,**
      **Defendant.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant. Plaintiff's pro se Complaint is dismissed without prejudice. Case is terminated.

ENTER this 24th day of March, 2010.

s/Pamela E. Robinson

_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson

_____
BY: DEPUTY CLERK