AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Wednesday, 24 March, 2010   03:46:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ELIZABETH M MARTIN,**
      **Plaintiff,**

vs.                                                                                        Case Number:   **10-2001**

**CARLE CLINIC ASSOCIATION,**
      **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**  that judgment is entered in favor of the defendant. Plaintiff's pro se Complaint is dismissed without prejudice.  Case is terminated.

ENTER this 24th  day of March, 2010.

s/Pamela E. Robinson

_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson

_____
BY:  DEPUTY CLERK